**THE LAW OFFICES OF C.R. HYDE, PLC**
**325 W. FRANKLIN ST., SUITE 125**
**TUCSON, ARIZONA 85701**
**TELEPHONE: (520) 270-1110**
**SBA # 22512**
**Attorney for Debtor**

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>DOUGLAS ALLAN CARROLL,<br><br>Debtor. | In proceedings under Chapter 11<br><br>Case No. 4:14-bk-00414-BMW<br><br>**FINAL ORDER CLOSING THE CHAPTER 11 CASE PURSUANT TO SECTION 350(a) OF THE BANKRUPTCY CODE** |

Upon review of Douglas Allan Carroll's, ("**Debtor**"), as reorganized debtor in the above-captioned Chapter 11 case, Motion to Close Case and For Entry of Final Decree (the "**Motion**") pursuant to Section 350(a) of the Bankruptcy Code and Bankruptcy Rule 3022, and seeking to close the Chapter 11 case of the Debtor as more fully described in the Motion; and the Court having been satisfied that the Debtor has achieved consummation of his Second Amended Chapter 11 Plan of Reorganization dated February 6, 2015 (the "**Plan**") and it appearing that the Debtor's estate have been fully administered; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and due and proper notice of the Motion having been provided and no further notice being necessary; and there being no objections filed; and the legal and factual bases set forth in the Motion establishing just and sufficient cause to grant the relief requested therein; and the relief granted herein being in the best interests of the

Debtor, his estate, creditors, and all parties in interest; and upon all of the proceedings before the Court, the Court hereby ORDERS that:

1. The Motion is GRANTED.

2. The Chapter 11 case is hereby closed; provided, however, that the Debtor shall file a motion to reopen the case in order to pursue a motion to obtain a discharge once Debtor is able to show that he is entitled to a discharge under § 1141(d) of the Bankruptcy Code.

3. The Bankruptcy Court shall retain jurisdiction as allowed under Title 28 of the United States Code, the Bankruptcy Code, or other applicable law to enforce the provisions, purposes, and intent of the Plan, and permitting a re-opening pursuant to Section 350(b) of the Bankruptcy Code should the Debtor require additional relief.

4. Debtor shall file a quarterly report for the first quarter of 2016 that captures all disbursements through the date of this Order.

5. In the event that Debtor has not paid the quarterly fee for the quarter in which this final decree has been entered, Debtor shall do so no later than the deadline set forth in the United States Trustee Program Guidelines.

DATED, SIGNED, and ORDERED ABOVE

2