Michelle Ghidotti, AZ State Bar No. 27180
GHIDOTTI BERGER
1920 Old Tustin Ave.
Santa Ana, CA  92705
Tel: (949) 427-2010
Fax:  (949) 427-2732
Email: mghidotti@ghidottiberger.com

Attorneys for US Bank Trust N.A. as Trustee of the SCIG Series III Trust

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA – TUCSON DIVISION

| | |
|---|---|
| In re:<br><br>Douglas Allan Carroll<br><br>    Debtor.<br><br>_____<br><br>US Bank Trust N.A. as Trustee of the SCIG Series III Trust<br><br>    Movant,<br><br>v.<br><br>Douglas Allan Carroll.,<br><br>    Respondent<br>_____ | Case No: 4:14-bk-00414-BMW<br><br>Chapter 13 Proceedings<br><br>CERTIFICATE OF SERVICE AND NO OBJECTIONS<br><br>Re:  4:17-bk-10021-SHG |

## **CERTIFICATE OF SERVICE**

I, Krystle Miller, certify:

That on December 19, 2018, I caused to be mailed a copy of the Motion to Reopen Case, in reference to the above captioned matter, by U.S. mail, postage prepaid to the following interested parties:

| | |
|---|---|
| **DEBTORS**<br>DOUGLAS ALLAN CARROLL<br>7850 N SILVERBELL ROAD #114<br>TUCSON, AZ 85743<br><br>**DEBTOR'S COUNSEL**<br>CHARLES R HYDE<br>LAW OFFICES OF C.R. HYDE<br>2810 N SWAN RD. #160<br>TUCSON, AZ 85712 | **U.S. Trustee**<br>OFFICE OF THE U.S. TRUSTEE<br>230 NORTH FIRST AVENUE<br>SUITE 204<br>PHOENIX, AZ 85003<br><br>**U.S. TRUSTEE COUNSEL**<br>RENEE SANDLER SHAMBLIN<br>OFFICE OF THE U.S. TRUSTEE<br>230 North First Avenue, Suite 204<br>PHOENIX, AZ 85003-1706 |

Executed on December 19, 2018, at Santa Ana, California

By: /s/Krystle Miller
    Krystle Miller

And no objections to relief have been received by the Movant.

                                                GHIDOTTI BERGER

                                                BY: /S/ Michelle Ghidotti Gonsalves
                                                Michelle Ghidotti-Gonsalves, Esq. (SBN 27180)
                                                1920 Old Tustin Ave.
                                                Santa Ana, CA 92705
                                                Attorneys for US Bank Trust N.A. as Trustee of the SCIG Series III Trust

Copy of the foregoing was mailed via U.S. Mail this 4th day of January 2019 to:

**DEBTORS**
DOUGLAS ALLAN CARROLL
7850 N SILVERBELL ROAD #114
TUCSON, AZ 85743

**DEBTOR'S COUNSEL**
CHARLES R HYDE
LAW OFFICES OF C.R. HYDE
2810 N SWAN RD. #160
TUCSON, AZ 85712

**U.S. TRUSTEE**
OFFICE OF THE U.S. TRUSTEE
230 NORTH FIRST AVENUE
SUITE 204
PHOENIX, AZ 85003

US Trustee Counsel
RENEE SANDLER SHAMBLIN
OFFICE OF THE U.S. TRUSTEE
230 North First Avenue, Suite 204
PHOENIX, AZ 85003-1706

Executed on January 4, 2019, at Santa Ana, California

By: /s/Krystle Miller
    Krystle Miller