Michelle R. Ghidotti-Gonsalves, AZ State Bar No. 27180
GHIDOTTI BERGER
1920 Old Tustin Ave.
Santa Ana, CA 92705
Phone: 949-427-2010
Facsimile: 949-427-2732
Email: mghidotti@ghidottiberger.com

Attorneys for Credit
US Bank Trust N.A. as Trustee of the SCIG Series III Trust

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA – TUCSON DIVISION

| | |
|---|---|
| In re: | ) Case No: 4:14-bk-00414-BMW |
| | ) |
| Douglas Allan Carroll, | ) Chapter 11 |
| | ) |
| Debtors. | ) NOTICE OF LODGING ORDER |
| | ) GRANTING MOTION REOPENING CASE |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |

US Bank Trust N.A. as Trustee of the SCIG Series III Trust, by and through their

undersigned attorney, hereby gives notice of the Lodging of the Order Reopening Case, a copy

of which is attached as Exhibit A.

DATED this 04th day of January, 2019.

Ghidotti Berger
/s/ Michelle R. Ghidotti-Gonsalves
Michelle R. Ghidotti-Gonsalves
1920 Old Tustin Ave.
Santa Ana, CA 92705
Attorney for Movant

A COPY of the foregoing Mailed this 4th day of January 2019 to:

**DEBTORS**
DOUGLAS ALLAN CARROLL
7850 N SILVERBELL ROAD #114
TUCSON, AZ 85743

**DEBTOR'S COUNSEL**
CHARLES R HYDE
LAW OFFICES OF C.R. HYDE
2810 N SWAN RD. #160
TUCSON, AZ 85712

**U.S. TRUSTEE**
OFFICE OF THE U.S. TRUSTEE
230 NORTH FIRST AVENUE
SUITE 204
PHOENIX, AZ 85003

**US TRUSTEE COUNSEL**
RENEE SANDLER SHAMBLIN
OFFICE OF THE U.S. TRUSTEE
230 North First Avenue, Suite 204
PHOENIX, AZ 85003-1706

_XX_ (By First Class Mail) At my business address, I placed such envelope for deposit with

the United States Postal Service by placing them for collection and mailing on that date

following ordinary business practices.

_XX_ (Federal) I declare under penalty of perjury under the laws of the United States of America

that the foregoing is true and correct.

Executed on January 4, 2019, at Santa Ana, California

By: /s/Krystle Miller
     Krystle Miller

# EXHIBIT "A"

# IN THE UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA – TUCSON DIVISION

| | |
|---|---|
| In re: | **CASE NO.: 4:14-bk-00414-BMW** |
| Douglas Allan Carroll | **Chapter 11** |
| Debtors. | **ORDER REOPENING CASE** |
| US Bank Trust N.A. as Trustee of the SCIG Series III Trust | Re: Case 4:14-bk-00414-BMW |
| Movant, | |

US Bank Trust N.A. as Trustee of the SCIG Series III Trust, its successors and/or assignees ("Movant"), having filed a Motion to Reopen the Case with respect to the hereinafter-described case after appropriate notice and opportunity for a hearing, no party in interest having objected to such relief, the Respondents having failed to plead or otherwise defend, and good cause appearing,

1

**IT IS THEREFORE ORDERED** that:

2

  The Bankruptcy case is reopened for the purpose of allowing movant to prosecute a motion

3

for relief.

4

5

6

                   **SO ORDERED,**

7

8

                 **(Signed and Dated Above)**

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28